# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas C. Patton<br><u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-23725 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of JPMorgan Chase Bank, NA, and index same on the master mailing list.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                [jwarmbrodt@kmllawgroup.com](mailto:jwarmbrodt@kmllawgroup.com)
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: 215-627-1322
                Fax: 215-627-7734
                Attorney for Movant/Applicant