**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Douglas C. Patton<br>　　　　　Debtor | |
| JPMorgan Chase Bank, NA<br>　　　　　Movant | BK. NO. 16-23725 CMB |
| 　　v.<br>Douglas C. Patton<br>　　　　　Respondent | CHAPTER 13 |
| 　　and<br>Leslie Patton<br>　　　　　Additional Respondent | Related to Docket # __31__ |
| 　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | **ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTIONS 362 AND 1301 AUTOMATIC STAY**

AND NOW, this 27th day of March, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, NA, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the JM3ER293270155686 2007 MazdaCx-7, in a commercially reasonable manner.

*/s/ Carlota M. Böhm*
United States Bankruptcy Judge    **dmr**

cc: See attached service list:

FILED
3/27/17 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Douglas C. Patton
3847 Delco Road
Pittsburgh, PA 15227

Leslie Patton
3847 Delco Road
Pittsburgh, PA 15227

Kenneth Steidl Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Douglas C. Patton  
    Debtor

Case No. 16-23725-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Mar 27, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.  
db    +Douglas C. Patton,   3847 Delco Road,   Pittsburgh, PA 15227-2632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:  
    James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com  
    Kenneth Steidl    on behalf of Debtor Douglas C. Patton julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    TOTAL: 5