# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DOUGLAS C. PATTON
**Case Number:** 16-23725-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 27, 2017  09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/1/17 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 - Final Confirmation of Plan Dated 10/26/2016 (NFC)
R / M #:  16 / 0

### *Appearances:*

Debtor: K. Skidl
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

*No payments ever made*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

As the result of indicated payment or other defaults, Plan is contested on **feasibility** or **good faith** grounds. Trustee **also requests that the case be dismissed** because of defaults.

*Debtor's counsel has no defense*

4/20/2017  1:54:32PM