Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Douglas C. Patton** | : | Case No. 16−23725−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per Apr. 27, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***1st day of May, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 16-23725-CMB
Douglas C. Patton                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: May 01, 2017
                              Form ID: 309            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db             +Douglas C. Patton,    3847 Delco Road,    Pittsburgh, PA 15227-2632
14300429       +AHN Emergency Group of Forbes, LTD,    P.O. Box 19000,    Belfast, ME 04915-4085
14316728       +AR Resources Inc.,    1777 Sentry Parkway W.,    Blue Bell, PA 19422-2206
14300430       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14300431       +Allegheny Radiology & Associates,    c/o Collection Service Center,    363 Vanadium Road,
                 Suite 109,   Pittsburgh, PA 15243-1477
14316729       +Bragdon-Stofman,   c/o AR Resources Inc.,    1777 Sentry Parkway West,
                 Blue Bell, PA 19422-2207
14300432        Brentwood Medical Group,    P.O. Box 644104,    Pittsburgh, PA 15264-4104
14358491       +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
14366249      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 117,    Columbus, OH 43216)
14316731        Chase Auto Finance,    PO Box 9010003,    Fort Worth, TX 76101
14316733       +Comcast,   300 Corliss Street,    Pittsburgh, PA 15220-4864
14316734       +Crafton Holdings LP,    1592 Crucidle St,    Pittsburgh, PA 15205-3406
14325742        ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
14316739       +ERC,   PO Box 57547,    Jacksonville, FL 32241-7547
14300434       +Efren Leonida LLC,    One Braddock Rd. Ave.,    Huntingdon Place- Suite A,
                 Mount Pleasant, PA 15666-1458
14300435       +Emergency Care Physicians,    c/o AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14300436       +Emergency Physician Billing,    P.O. Box 1348,    Indiana, PA 15701-5348
14300437        Forbes Regional Hospital,    c/o Escallate LLC,    P.O. box 3521,    Dept. 101A,
                 Akron, OH 44309-3521
14300438        Golds Gym,    P.O. Box 6800,    North Little Rock, AR 72124-6800
14300439       +Golds Gym,   c/o ABC Financial Services,    P.O. Box 6800,    North Little Rock, AR 72124-6800
14300440       +Grandis Rubin Shanahan & Assoc.,    575 Coal Valley Road,    Suite 570,    Clairton, PA 15025-3729
14316746       +Great Lakes Higher Education,    PO BOx 7860,    Madison, WI 53707-7860
14300443        JP Morgan Chase Bank,    P.O. Box 901060,    Fort Worth, TX 76101-2060
14300444       +Kay Jewelers,    P.O. Box 1799,    Akron, OH 44309-1799
14316751       +Montgomery Ward,    1112 7th Avenue,    Monroe, WI 53566-1364
14300445        Montgomery Ward,    c/o Van Ru Credit Corp.,    1350 E. Touhy Avenue,    Suite 300E,
                 Des Plaines, IL 60018-3342
14300446       +Pennsylvania American Water Company,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14300448       +Pennsylvania Dept. of Revenue,    c/o Linebarger Goggan Blair & Sampson,    P.O. Box 90128,
                 Harrisburg, PA 17109-0128
14316755       +Pheaa / American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14300449       +Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14300450        Pittsburgh Parking Court,    c/o Professional Account Management,    P. O. Box 640,
                 Carmichaels, PA 15320
14300451        Pittsburgh VA Healthcare System,    University Drive C,    Pittsburgh, PA 15240
14300452       +Publishers Clearing House,    P.O. Box 6344,    Harlan, IA 51593-1844
14316761       +Scott Township EMS,    c/o Central Credit Audit,    100 N. 3rd Street,    Sunbury, PA 17801-2367
14300454       +UPMC Mercy,   c/o Convergent Outsourcing,    121 N.E. Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
14300455       +US Accute Care Solutions,    P.O. Box 14099,    Belfast, ME 04915-4034
14347071        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14366374        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14343415        EDI: AIS.COM May 02 2017 03:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
14309375       +E-mail/Text: csc.bankruptcy@amwater.com May 02 2017 03:28:20      American Water,    PO Box 578,
                 Alton, IL 62002-0578
14300433       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 02 2017 03:28:23      Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14376595       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 02 2017 03:28:23      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14300442       +E-mail/Text: hariasdiaz@creditmanagementcompany.com May 02 2017 03:28:05
                 Grandis Rubin Shanahan & Assoc.,    c/o Credit Management Company,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
14326467        EDI: CAUT.COM May 02 2017 03:03:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14316748       +E-mail/Text: ebnsterling@weltman.com May 02 2017 03:27:17      Kay,    375 Ghent Road,
                 Akron, OH 44333-4600
14325986        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2017 03:27:32
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14300447       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2017 03:27:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14357611        EDI: Q3G.COM May 02 2017 03:03:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-2                  User: jhel                    Page 2 of 3                   Date Rcvd: May 01, 2017
                                      Form ID: 309                  Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14330584         EDI: NEXTEL.COM May 02 2017 03:03:00      Sprint Corp,   Attn Bankruptcy Dept,   PO Box 7949,
                  Overland Park KS 66207-0949
14300453         EDI: DRIV.COM May 02 2017 03:03:00      Santander Consumer USA,   Attn: Bankruptcy Department,
                  P.O. Box 560284,   Dallas, TX 75356-0284
14316762        +EDI: DCI.COM May 02 2017 03:03:00      Sprint,   c/o Diversified Consultants,
                  10550 Deerwood Park Blvd. 309,   Jacksonville, FL 32256-2805
14300456         EDI: VERIZONCOMB.COM May 02 2017 03:03:00      Verizon,   P.O. Box 15124,
                  Albany, NY 12212-5124
14316767        +EDI: JEFFERSONCAP.COM May 02 2017 03:03:00      Verizon Wireless,
                  c/o Jefferson Capital Systems,   16 Mcleland Road,   Saint Cloud, MN 56303-2198
14316766        +EDI: VERIZONEAST.COM May 02 2017 03:03:00      Verizon pennsylvania,   500 Technology Drive,
                  Saint Charles, MO 63304-2225
14316768        +EDI: BLUESTEM May 02 2017 03:03:00      WebBank/Fingerhut,   6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 17

                ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NA
14316725*      +AHN Emergency Group of Forbes, LTD,   P.O. Box 19000,   Belfast, ME 04915-4085
14316726*      +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
14316727*      +Allegheny Radiology & Associates,   c/o Collection Service Center,   363 Vanadium Road,
                 Suite 109,   Pittsburgh, PA 15243-1477
14316730*       Brentwood Medical Group,   P.O. Box 644104,   Pittsburgh, PA 15264-4104
14316735*      +Duquesne Light,   411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14316736*      +Efren Leonida LLC,   One Braddock Rd. Ave.,   Huntingdon Place- Suite A,
                 Mount Pleasant, PA 15666-1458
14316737*      +Emergency Care Physicians,   c/o AR Resources,   P.O. Box 1056,   Blue Bell, PA 19422-0287
14316738*      +Emergency Physician Billing,   P.O. Box 1348,   Indiana, PA 15701-5348
14316740*       Forbes Regional Hospital,   c/o Escallate LLC,   P.O. box 3521,   Dept. 101A,
                 Akron, OH 44309-3521
14316742*      +Golds Gym,   c/o ABC Financial Services,   P.O. Box 6800,   North Little Rock, AR 72124-6800
14316741*       Golds Gym,   P.O. Box 6800,   North Little Rock, AR 72124-6800
14316745*      +Grandis Rubin Shanahan & Assoc.,   c/o Credit Management Company,   2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
14300441*      +Grandis Rubin Shanahan & Assoc.,   575 Coal Valley Road,   Suite 570,   Clairton, PA 15025-3729
14316743*      +Grandis Rubin Shanahan & Assoc.,   575 Coal Valley Road,   Suite 570,   Clairton, PA 15025-3729
14316744*      +Grandis Rubin Shanahan & Assoc.,   575 Coal Valley Road,   Suite 570,   Clairton, PA 15025-3729
14316747*       JP Morgan Chase Bank,   P.O. Box 901060,   Fort Worth, TX 76101-2060
14316749*      +Kay Jewelers,   P.O. Box 1799,   Akron, OH 44309-1799
14316750*       Montgomery Ward,   c/o Van Ru Credit Corp.,   1350 E. Touhy Avenue,   Suite 300E,
                 Des Plaines, IL 60018-3342
14316752*      +Pennsylvania American Water Company,   P.O. Box 371412,   Pittsburgh, PA 15250-7412
14316753*      +Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                 Harrisburg, PA 17128-0946
14316754*      +Pennsylvania Dept. of Revenue,   c/o Linebarger Goggan Blair & Sampson,   P.O. Box 90128,
                 Harrisburg, PA 17109-0128
14316757*       Pittsburgh Parking Court,   c/o Professional Account Management,   P. O. Box 640,
                 Carmichaels, PA 15320
14316756*      +Pittsburgh Parking Court,   P.O. Box 640,   Pittsburgh, PA 15230-0640
14316758*       Pittsburgh VA Healthcare System,   University Drive C,   Pittsburgh, PA 15240
14316759*      +Publishers Clearing House,   P.O. Box 6344,   Harlan, IA 51593-1844
14316760*       Santander Consumer USA,   Attn: Bankruptcy Department,   P.O. Box 560284,
                 Dallas, TX 75356-0284
14316763*      +UPMC Mercy,   c/o Convergent Outsourcing,   121 N.E. Jefferson Street,   Suite 100,
                 Peoria, IL 61602-1229
14316764*      +US Accute Care Solutions,   P.O. Box 14099,   Belfast, ME 04915-4034
14316765*       Verizon,   P.O. Box 15124,   Albany, NY 12212-5124
14316732       ##+Collection Service Centger,   PO Box 14931,   Pittsburgh, PA 15234-0931
                                                                                                TOTALS: 2, * 29, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: May 01, 2017
                              Form ID: 309            Total Noticed: 55
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Douglas C. Patton julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 5
```